Petition for Writ of Mandamus Denied and Memorandum Opinion filed June
13, 2006









Petition for Writ of
Mandamus Denied and Memorandum Opinion filed June 13,  2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00373-CV

____________

 

IN RE ANTHONY E. GILL, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

On April 26, 2006, relator Anthony E. Gill, an inmate in the
Wayne Scott Unit of the Texas

 Department of Criminal
Justice, filed a petition for writ of mandamus in this Court[1]
seeking an 

order compelling the Honorable Ben Hardin, presiding judge of
the 23rd District Court, Brazoria 

County, Texas, to rule on various motions filed by relator to
enforce a judgment.  Relator has failed 

to establish he is entitled to the mandamus relief requested
and, accordingly, we deny relator=s 

petition for writ of mandamus.                                

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed June 13, 2006.

Panel consists of Justices Anderson,
Edelman and Frost.  











[1]See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see  also  Tex. R. App. P. 52.1.